*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 2, 2015                    519874
_____

In the Matter of VINCENT
    MORENO,
                    Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:  May 5, 2015

Before:  Garry, J.P., Egan Jr., Devine and Clark, JJ.

                    _____


        Vincent Moreno, Auburn, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding
challenging a prison disciplinary determination.  The Attorney
General has advised this Court that the determination has been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the mandatory
$5 surcharge has been refunded to petitioner's inmate account.
Although not referenced in the letter from the Attorney General,
in the event that any loss of good time was incurred as a result

of the determination, it should be restored (see Matter of Laliveres v Prack, 125 AD3d 1029, 1029 [2015]).  Otherwise, given that petitioner has received all of the relief to which he is entitled, the proceeding is dismissed as moot (see Matter of Ramos v Department of Corr. & Community Supervision, 123 AD3d 1215, 1215 [2014]).

Garry, J.P., Egan Jr., Devine and Clark, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court